THOMAS G. WALLER; OSB # 945256
BAUER MOYNIHAN & JOHNSON LLP
2101 Fourth Avenue - 24^(TH) Floor
Seattle, WA 98121-2320
Phone: (206) 443-3400
Fax: (206) 448-9076
Email: tgwaller@bmjlaw.com

Attorney for Marion County

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| In The Matter Of:<br><br>THE COMPLAINT OF MARION COUNTY, as owner and operator of the Ferry BUENA VISTA for Exoneration from or Limitation of Liability,<br><br>Petitioner. | IN ADMIRALTY<br><br>CASE NO. 6:25-cv-00782<br><br>**COMPLAINT FOR EXONERATION FROM OR LIMITATION OF LIABILITY** |

Petitioner Marion County, as owner and operator of the ferry BUENA VISTA, in a cause for exoneration from or limitation of liability, alleges as follows:

**I**

Petitioner Marion County files this action for exoneration from or limitation of liability under 46 U.S. Code §§ 30501-30530, 28 U.S. Code § 1333, Fed.R.Civ.P. 9(h) and Rule F of the Supplemental Rules for Admiralty and Maritime Claims ("SAR"). Petitioner preserves any and all immunity duly granted to the extent allowed by state and federal law and all jurisdictional defenses.

**II**

COMPLAINT FOR EXONERATION FROM
OR LIMITATION OF LIABILITY - 1
Case No.: 6:25-cv-00782

ATTORNEYS AT LAW
BAUER  MOYNIHAN  &  JOHNSON  LLP
2101 FOURTH AVENUE, STE. 2400
SEATTLE, WASHINGTON  98121-2320
TELEPHONE:  (206)  443-3400

1  Petitioner's filing is occasioned by a June 2024 fatal incident on the Willamette River
2  and a related wrongful death suit, with allegations of federal maritime law, filed by plaintiff
3  Melodie Jackson in the Oregon Circuit Court for Marion County. *Marion County Circuit
4  Court Cause No. 25CV10925.*
5  Both this petition and the Circuit Court case involve the BUENA VISTA, a ferry
6  wholly owned and operated by Marion County near Mile 106 on the Willamette River, south
7  of Salem.

### III

9  The ferry BUENA VISTA, Official Number 1232961, has an overall length of 63 feet.
10 The vessel was, at all material times, and is now located in this district. *Marion County
11 Circuit Court Cause No. 25CV10925.* Venue is proper under SAR F(9).

### IV

13 On June 20, 2024, the BUENA VISTA was operating and underway on the Willamette
14 River. Decedent Jackson was also underway, traveling down the River in a recreational
15 kayak—owned by Jackson's friend or acquaintance, Alex Woolner—and nearing the site of
16 the Buena Vista ferry crossing. Decedent Jackson and Mr. Woolner were on a kayak outing
17 that had originated at the Buena Vista Park, upstream of the ferry. Decedent Jackson perished
18 on the outing after failing to control his watercraft, causing it to drift into the BUENA VISTA
19 and flip over at the ferry crossing.

### V

21 Plaintiff Melodie Jackson first notified Marion County of her claim against the County
22 in a Notice of Tort Claim letter, from her lawyer, dated November 12, 2024. Plaintiff Jackson
23 thereafter filed a civil lawsuit in Marion County Circuit Court, as Personal Representative of
24 the Estate of Jacob Jackson. She identifies Marion County and fellow-kayaker Alex Woolner
25 as defendants in the lawsuit, which includes the following allegations:
26  > At all times mentioned, Dr. Jackson entered the river with the kayak from
27  > the ramp at or near the Buena Vista park. He then proceeded to lawfully

COMPLAINT FOR EXONERATION FROM
OR LIMITATION OF LIABILITY - 2
Case No.: 6:25-cv-00782

ATTORNEYS AT LAW
BAUER  MOYNIHAN  &  JOHNSON  LLP
2101 FOURTH AVENUE, STE. 2400
SEATTLE, WASHINGTON 98121-2320
TELEPHONE: (206) 443-3400

> *kayak down the Willamette river [sic] with Mr. Woolner. As the ferry was docked on the river's west bank and was about to start crossing the river from west to east, the kayakers approached and were within full view of the ferry operator. The ferry had a single vehicle aboard, but nonetheless started across the river. The ferry operator did not yield the right-of-way, colliding with Dr. Jackson's kayak, which was not under command. Dr. Jackson became submerged under the ferry and was drowned by the ferry propellers.*

**VI**

Plaintiff Melodie Jackson further alleges in her Circuit Court lawsuit that the June 2024 incident occurred on navigable waters and that general maritime law applies to her claims. This Complaint for Exoneration from or Limitation of Liability follows plaintiff's allegations of navigability and general maritime law.

**VII**

The June 2024 incident involving decedent Jacob Jackson was not caused by or attributable to any fault, design, neglect or want of due care or diligence on the part of Petitioner or anyone for whom Petitioner may be responsible. If any negligence or fault caused the incident, the negligence or fault occurred without the privity or knowledge of Marion County.

**VIII**

Petitioner is entitled, in the event federal maritime law is deemed applicable, to complete exoneration and otherwise limitation of liability for any loss or damage resulting from the June 2024 incident. Any such loss or damage occurred and/or resulted from causes not attributable to Petitioner.

**IX**

Circuit Court plaintiff Melodie Jackson has made claims in Oregon state court against Petitioner and is expected to file a claim in this exoneration and limitation action. No other

COMPLAINT FOR EXONERATION FROM
OR LIMITATION OF LIABILITY - 3
Case No.: 6:25-cv-00782

ATTORNEYS AT LAW
BAUER MOYNIHAN & JOHNSON LLP
2101 FOURTH AVENUE, STE. 2400
SEATTLE, WASHINGTON 98121-2320
TELEPHONE: (206) 443-3400

claims are known or expected.

## X

After the June 2024 incident, the BUENA VISTA was surveyed and valued at One Million Three Hundred Twenty-Five Thousand Dollars ($1,325,000 USD).

## XI

Plaintiff Melodie Jackson demands Twenty-Two Million Five Hundred Thousand Dollars ($22,500,000 USD) in her Circuit Court action. The amount greatly exceeds the value of the ferry BUENA VISTA.

## XII

In consequence of Melodie Jackson's allegations of federal maritime law, Petitioner Marion County claims the right to limit its alleged liability to the value of the BUENA VISTA for any and all damages caused by or related to the June 2024 incident. To this end, Petitioner is filing a Letter of Undertaking in the total sum of $1,325,500, which includes costs of $500, in accordance with SAR F(1) and LR 1020-2.

## XIII

Petitioner denies any and all liability for any loss, damage or injury claimed by Plaintiff/Claimant Melodie Jackson or any other Claimant arising out of the June 2024 incident. Petitioner therefore demands exoneration from liability in the event federal maritime law is deemed applicable.

## XIV

Petitioner alternatively claims the benefit of limitation of liability under the Limitation of Liability Act, 46 U.S. Code § 30501 *et seq*. in the event federal maritime law is deemed applicable.

## XV

WHEREFORE, Petitioner Marion County prays for the following relief:

COMPLAINT FOR EXONERATION FROM OR LIMITATION OF LIABILITY - 4
Case No.: 6:25-cv-00782

ATTORNEYS AT LAW
BAUER MOYNIHAN & JOHNSON LLP
2101 FOURTH AVENUE, STE. 2400
SEATTLE, WASHINGTON 98121-2320
TELEPHONE: (206) 443-3400

1. That the Court accept and approve the Letter of Undertaking in the sum of $1,325,500 as security for the value of the BUENA VISTA vessel and $500 costs, with interest at 6% per annum from the date of filing, as required under SAR F(1) and LR 1020-2.

2. That the Court enter an Order directing the issuance of a Monition to all persons claiming damages for any and all loss or damage occasioned or incurred by or resulting from the June 2024 incident, citing such persons to appear before this Court to file their claims, serve on the Attorneys for Marion County a copy thereof on or before a date to be given, answer the allegations of this Complaint or forever be barred from making or otherwise pursing any such claims against Petitioner, its agents, representatives, crew or any other person on whose behalf Petitioner may be liable or against the BUENA VISTA, all as provided by law and the Supplemental Rules for Admiralty and Maritime Claims and the rules of this Court.

3. That the Court cause to be issued in the WOODBURN INDEPENDENT public notice to all persons of such Monition according to SAR F(4) and LR 1050-1.

4. That the Court issue an injunction against the institution and further prosecution of any suits, actions or legal proceedings of any nature or description whatsoever, except in this proceeding, against Petitioner, its agents, representatives, crew or any other person on whose behalf Petitioner may be liable in respect to any claims arising out of or in connection with the June 2024 incident.

6. That Marion County be found not liable for any loss or damage for any claim whatsoever in any way arising out of or in consequence of the June 2024 incident and therefore, that Marion County is entitled to exoneration from any and all liability which has been claimed against it in the event federal maritime law is deemed applicable.

7. Alternatively, if Petitioner is adjudicated liable and the claims are affirmatively proven, that such liability be limited to the amount of the value of Petitioner's interest in the BUENA VISTA and that the money paid or secured be divided pro rata among such claimants as they may duly prove their claims before this Court under the Limitation of Liability Act, 46

COMPLAINT FOR EXONERATION FROM
OR LIMITATION OF LIABILITY - 5
Case No.: 6:25-cv-00782

ATTORNEYS AT LAW
BAUER  MOYNIHAN  &  JOHNSON  LLP
2101 FOURTH AVENUE, STE. 2400
SEATTLE, WASHINGTON 98121-2320
TELEPHONE: (206) 443-3400

U.S. Code § 30501 *et seq*., and SAR F, and that a decree be entered discharging Petitioner and its vessel, the BUENA VISTA, from all further liability.

    8. That Marion County be granted such further relief as the Court deems just and equitable under the circumstances.

    DATED this 9th day of May, 2025.

> BAUER MOYNIHAN & JOHNSON LLP
>
> */s/ Thomas G. Waller*
>
> Thomas G. Waller, OSB No. 945256
> 2101 Fourth Avenue, Suite 2400
> Seattle, Washington 98121
> Telephone: (206) 443-3400
> tgwaller@bmjlaw.com
> Attorney for Petitioner Marion County

COMPLAINT FOR EXONERATION FROM
OR LIMITATION OF LIABILITY - 6
Case No.: 6:25-cv-00782

ATTORNEYS AT LAW
BAUER MOYNIHAN & JOHNSON LLP
2101 FOURTH AVENUE, STE. 2400
SEATTLE, WASHINGTON 98121-2320
TELEPHONE: (206) 443-3400